## United States District Court for the Northern District of Illinois

Case Number: 07CV7092  Assigned/Issued By: J. N.

Judge Name: DOW  Designated Magistrate Judge: MASON

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 1115921

Date Payment Rec'd: 12-18-07   Fiscal Clerk: J. N.

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)
[ ] Writ _____
         (Type of Writ)

__1__ Original and __1__ copies on __12-18-07__ as to __GLAXOSMITHKLINE__
                                      (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05