IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RICK DUDZINSKI,** | |
| Plaintiff, | No. 07 CV 7092 |
| v. | Hon. Robert M. Dow, Jr.<br>Judge Presiding |
| **GLAXOSMITHKLINE,** | Magistrate J. Keys |
| Defendant. | |

### NOTICE OF FILING

TO:  GLAXOSMITHKLINE
c/o Legal Department
1 Franklin Plaza
200 N. 16th Street
Philadelphia, PA 19102

PLEASE TAKE NOTICE that on **Monday, December 26, 2007,** Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: First Amended Complaint.

s/Lisa Kane
Lisa Kane, Attorney for Plaintiff

### PROOF OF SERVICE

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing and attached materials, to be served upon those persons to whom said Notice is directed, via certified U.S. mail, this 26th day of December, 2007, before the hour of 5:00 P.M.

s/Lisa Kane
Lisa Kane, Attorney for Plaintiff