# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

DEC 1 8 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## SUMMONS IN A CIVIL CASE

RICK DUDZINSKI, Plaintiff,

V.

GLAXOSMITHKLINE, Defendant.

CASE NUMBER: **07C 7092**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE DOW**

**MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

GLAXOSMITHKLINE
1 Franklin Plaza
200 N. 16th Street
Philadelphia, PA 19102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lisa Kane & Associates, P.C.
120 South LaSalle Street
Suite 1420
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____                    _____
(By) DEPUTY CLERK                                                      DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                           *Signature of Server*

                                           _____
                                           *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Rick Dudsinski )
)
v )   07 C 7092
)
Glaxosmithkline, )

## AFFIDAVIT

I, **Doug Priest**, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on **Dec**, **20**, 2007 at **2pm**, I served this Summons and Complaint upon **Glaxosmithkline** at 1 Franklin Plaza 200 N. 16th St., Philadelphia, PA 19102 by serving:

Name: **Cindy Scullin**

Title: **Paralegal**

Description: Sex: **F**, Race: **W**, Age: **30**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

Sworn to and subscribed before me this **20** day of **DEC** 200**7**

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ERIC M. AFFLERBACH, Notary Public
Washington Twp., Berks County
My Commission Expires November 18, 2009

Process Server