UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Rick Dudzinski,**<br><br>                              **Plaintiff,**<br>         v.<br><br>**GlaxoSmithKline,**<br><br>                              **Defendant.** | No.  07 cv 7092<br><br>**Honorable Robert M. Dow, Jr.**<br><br>**Magistrate Judge Mason** |

**AGREED MOTION FOR AN EXTENSION OF TIME
TO ANSWER, MOVE OR OTHERWISE PLEAD**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR 5.3 and LR 5.4, Defendant, GlaxoSmithKline plc, incorrectly named as "GlaxoSmithKline" ("GSK"), respectfully moves this Court to extend by 14 days the date by which GSK must answer, move or otherwise plead in response to Plaintiff's Complaint, to and including January 28, 2008.  In support of its motion, GSK states:

1.	On December 18, 2007, Plaintiff filed this action against GSK.  On December 20, 2007, Plaintiff served the summons on Defendant.

2.	On December 26, 2007, Plaintiff served its First Amended Complaint on GSK by mailing same to GSK at GSK's Philadelphia, Pennsylvania corporate office.

3.	Pursuant to Rule 15(a) and Rules 6(a) and (e) of the Federal Rules of Civil Procedure, GSK must file its response to the First Amended Complaint on or before January 14, 2008.

4.	 Defendant recently retained the undersigned counsel as its trial counsel.  Counsel is in the process of investigating Plaintiff's claims, but requires additional time to prepare a response to Plaintiff's Complaint.

2

5.     Defendant respectfully requests an additional 14 days from the date its response to the First Amended Complaint is due in which to answer, move or otherwise plead.

6.     This motion is not made for purposes of delay, and Plaintiff will not be prejudiced by the granting of this motion.

7.     Plaintiff's counsel has been advised of this Motion and does not oppose it.

WHEREFORE, Defendant, GlaxoSmithKline plc, respectfully requests this Court extend by 14 days the date by which GSK must answer, move or otherwise plead in response to Plaintiff's Complaint, to and including January 28, 2008.

Dated:  January 9, 2008                                                Respectfully submitted,

                                                                       GlaxoSmithKline plc


                                                          By:   s/Dennis P.W. Johnson_____
                                                                One of the Attorneys for Defendant

Walter Jones (ARDC 1365665)
Dennis P.W. Johnson (ARDC 3126179 )
Jonathan B. Cifonelli (ARDC 6285930)
Pugh, Jones, Johnson & Quandt, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 768-7800
Facsimile: (312) 768-7801
Email:  wjones@pjjq.com
        djohnson@pjjq.com
        jcifonelli@pjjq.com

## CERTIFICATE OF SERVICE

I, Dennis P.W. Johnson, an attorney, certify that I shall cause to be served a copy of **Defendant's Agreed Motion for an Extension of Time to Answer or Otherwise Plead** upon the following individual(s), by deposit in the U.S. Mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, federal Express overnight delivery, facsimile transmitted from (312) 768-7801, or Case Management/Electronic Case Filing ("CM/ECF"), as indicated below, on January 9, 2008.

| | |
|---|---|
| _X_ CM/ECF | Lisa R. Kane |
| ___ Facsimile / ___ Pages | Janice A. Wegner |
| ___ Federal Express | Darren Bodner |
| ___ Mail | Michael Young |
| ___ Messenger | Lisa Kane & Associates, P.C. |
| | 120 South LaSalle Street, Suite 1420 |
| | Chicago, IL 60603 |
| | lisakane@sbcglobal.net |
| | T: (312) 606-0383 |
| | F: (312) 606-0765 |

s/Dennis P.W. Johnson