UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Rick Dudzinski,** | |
| **Plaintiff,** | No. 07 cv 7092 |
| v. | |
| | Honorable Robert M. Dow, Jr. |
| **GlaxoSmithKline,** | |
| | Magistrate Judge Mason |
| **Defendant.** | |

**NOTICE OF MOTION**

On **Tuesday, January 15, at 9:15 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert M. Dow, Jr. in Courtroom 1719, or before any other Judge who may be sitting in his place, at the United States Courthouse, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **Defendant's Agreed Motion for an Extension of Time to Answer or Otherwise Plead.**

Dated:   January 9, 2008                                           Respectfully submitted,

                                                                                  GlaxoSmithKline plc


                                                              By:   s/Dennis P.W. Johnson
                                                                           One of the Attorneys for Defendant

Walter Jones (ARDC 1365665)
Dennis P.W. Johnson (ARDC 3126179 )
Jonathan B. Cifonelli (ARDC 6285930)
Pugh, Jones, Johnson & Quandt, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 768-7800
Facsimile: (312) 768-7801
Email:  wjones@pjjq.com
            djohnson@pjjq.com
            jcifonelli@pjjq.com

## CERTIFICATE OF SERVICE

  I, Dennis P.W. Johnson, an attorney, certify that I shall cause to be served a copy of **Notice of Motion** and **Defendant's Agreed Motion for an Extension of Time to Answer or Otherwise Plead** upon the following individual(s), by deposit in the U.S. Mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, federal Express overnight delivery, facsimile transmitted from (312) 768-7801, or Case Management/Electronic Case Filing ("CM/ECF"), as indicated below, on January 9, 2008.

| | |
|---|---|
| _X_ CM/ECF | Lisa R. Kane |
| ___ Facsimile / ___ Pages | Janice A. Wegner |
| ___ Federal Express | Darren Bodner |
| ___ Mail | Michael Young |
| ___ Messenger | Lisa Kane & Associates, P.C. |
| | 120 South LaSalle Street, Suite 1420 |
| | Chicago, IL 60603 |
| | lisakane@sbcglobal.net |
| | T: (312) 606-0383 |
| | F: (312) 606-0765 |

                 s/Dennis P.W. Johnson