### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

RICK DUDZINSKI,

               **Plaintiff,**

    v.

**SMITHKLINE BEECHAM CORPORATION,
d/b/a GLAXOSMITHKLINE,**

               **Defendant.**

No. 07 CV 7092

Hon. Robert M. Dow, Jr.
  Judge Presiding

Magistrate J. Mason

### NOTICE OF FILING

TO:

SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE
c/o Dennis P.W. Johnson
Pugh, Jones, Johnson & Quandt, P.C.
180 N. LaSalle Street, Suite 3400
Chicago, IL 60601

PLEASE TAKE NOTICE that on ***Tuesday, January 22, 2008,*** Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: Second Amended Complaint.

s/Lisa Kane
Lisa Kane, Attorney for Plaintiff

### PROOF OF SERVICE

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing and attached materials, to be served upon those persons to whom said Notice is directed, via certified U.S. mail, this 22nd day of January, 2008, before the hour of 5:00 P.M.

s/Lisa Kane
Lisa Kane, Attorney for Plaintiff