# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## AMENDED ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 07 cv 7092

RICK DUDZINSKI v. SMITHKLINE BEECHAM
CORPORATION d/b/a GLAXOSMITHKLINE

AN AMENDED APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE

| NAME (Type or print) |
| --- |
| Dennis P.W. Johnson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Dennis P.W. Johnson |
| FIRM |
| Pugh Jones Johnson & Quandt, PC |
| STREET ADDRESS |
| 180 North LaSalle Street, Suite 3400 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 3126179 | (312) 768-7800 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✔ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✔ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐