IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICK DUDZINSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 7092 |
| v. | ) | |
| | ) | Hon. Robert M. Dow, Jr. |
| SMITHKLINE BEECHAM CORPORATION, | ) | Judge Presiding |
| d/b/a GLAXOSMITHKLINE, | ) | |
| | ) | Magistrate Judge Mason |
| Defendant. | ) | |

## NOTICE OF FILING

TO:  Dennis P. W. Johnson, Esquire
Pugh, Jones, Johnson & Quandt, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601

Please take notice that the 14th day of February, 2008, the Initial Status Report was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, a copy of which is attached hereto.

s/ Lisa Kane
Lisa Kane

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street
Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093

### PROOF OF SERVICE

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing to be served upon those persons to whom said Notice is directed, via ECF, this 14th day of February, 2008, before the hour of 5:30 P.M.

s/ Lisa Kane