# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Rick Dudzinski

                                        Plaintiff,

v.                                                      Case No.: 1:07–cv–07092
                                                        Honorable Robert M. Dow Jr.

Smithkline Beecham Corporation

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

        MINUTE entry before Judge Robert M. Dow Jr.:Status hearing held on 2/20/2008. Fact discovery to be completed on or by 7/7/08.Status hearing set for 7/16/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.