**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **RICK DUDZINSKI,** | |
| **Plaintiff,** | **Case No. 07 CV 7092** |
| **v.** | **Judge Robert M. Dow, Jr.** |
| **SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,** | **Magistrate Judge Michael T. Mason** |
| **Defendant.** | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO ANSWER DISCOVERY**

Pursuant to Federal Rules of Civil Procedure 6(b) and 7(b), and Local Rules 5.3, 5.4 and 78.2, Defendant SmithKline Beecham Corporation d/b/a/ GlaxoSmithKline, hereby respectfully moves the Court to extend by two weeks the time to respond to Plaintiff's Interrogatories and Request for Production of Documents. In support, Defendant states:

1.      On February 8, 2008, Plaintiff served a First Set of Interrogatories and First Request for Production of Documents upon Defendant.

2.      Defendant's Responses to Plaintiff's discovery are due on March 10, 2008.

3.      Defendant's counsel has been working diligently to prepare Defendant's responses, but requires additional time to complete them.

4.      Defendant respectfully moves this Honorable Court to extend Defendant's time to respond to Plaintiff's Interrogatories and Requests for Production of Documents to and including March 24, 2008.

5.      Plaintiff's counsel has advised Defendants counsel that Plaintiff does not oppose this Motion.


Dated: March 10, 2008                               Respectfully submitted,
                                                    SmithKline Beecham Corporation d/b/a/
                                                    GlaxoSmithKline



                                          By:     s/Dennis P.W. Johnson
                                                  One of the Attorneys for Defendant


Walter Jones, Jr., Esq., wjones@pjjq.com (ARDC 1365665)
Dennis P.W. Johnson, Esq., djohnson@pjjq.com (ARDC 3126179)
Jonathan B. Cifonelli, Esq., jcifonelli@pjjq.com (ARDC 6285930)
Pugh, Jones, Johnson and Quandt, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 768-7800
Facsimile: (312) 768-7801

## CERTIFICATE OF SERVICE

I, Dennis P.W. Johnson, an attorney, certify that I shall cause to be served a copy of **Defendant's Unopposed Motion for Extension of Time to Answer Discovery** upon the following individual(s), by deposit in the U.S. Mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, federal Express overnight delivery, facsimile transmitted from (312) 768-7801, or Case Management/Electronic Case Filing ("CM/ECF"), as indicated below, on March 10, 2008.

 X  CM/ECF                                      Lisa R. Kane
___ Facsimile / ___ Pages                       Janice A. Wegner
___ Federal Express                             Darren Bodner
___ Mail                                        Michael Young
___ Messenger                                   Lisa Kane & Associates, P.C.
                                                120 South LaSalle Street, Suite 1420
                                                Chicago, IL 60603
                                                lisakane@sbcglobal.net
                                                T: (312) 606-0383
                                                F: (312) 606-0765


                                    s/Dennis P.W. Johnson