## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Rick Dudzinski

                    Plaintiff,

v.                                            Case No.: 1:07−cv−07092
                                              Honorable Robert M. Dow Jr.

Smithkline Beecham Corporation

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, March 11, 2008:

      MINUTE entry before Judge Robert M. Dow Jr.:Defendant's Unopposed Motion to extend by two weeks the time to respond to discovery[27] is granted. Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.