**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Rick Dudzinski
                                                  Plaintiff,

v.                                                           Case No.: 1:07–cv–07092
                                                                     Honorable Robert M. Dow Jr.

Smithkline Beecham Corporation
                                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 7/30/2008. The parties have agreed to the following briefing schedule: Motion for summary judgment with supporting memorandum to be filed on or before 8/29/08; response due 9/12/08; reply due 10/3/08 and ruling on motion for summary judgment will be by mail.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.