IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICK DUDZINSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 7092 |
| v. | ) | |
| | ) | Hon. Robert M. Dow, Jr. |
| SMITHKLINE BEECHAM CORPORATION, | ) | Judge Presiding |
| d/b/a GLAXOSMITHKLINE, | ) | |
| | ) | Magistrate Judge Mason |
| Defendant. | ) | |

**STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY stipulated by and between the Plaintiff, RICK DUDZINSKI, by his attorney, LISA KANE of LISA KANE & ASSOCIATES, P.C., and Defendant, SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, by its attorney, DENNIS P. W. JOHNSON of PUGH, JONES, JOHNSON & QUANDT, P.C., that this case be dismissed with prejudice pursuant to Rule 41(a)(1), all parties to bear their own costs and fees.

Dated: August 25, 2008

| | |
|---|---|
| RICK DUDZINSKI, | SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, |
| | |
| By /s/ Lisa Kane | By /s/ Dennis P. W. Johnson (by consent) |
| LISA KANE | DENNIS P. W. JOHNSON |
| LISA KANE & ASSOCIATES, P.C. | PUGH, JONES, JOHNSON & QUANDT, P.C. |
| Attorney for Plaintiffs | Attorney for Defendant |
| 120 South LaSalle Street | 180 North LaSalle Street |
| Suite 1420 | Chicago, Illinois 60601 |
| Chicago, Illinois 60603 | (312) 768-7808 |
| (312) 606-0383 | |
| ATTORNEY CODE NO. 06203093 | |